**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL BUXBAUM,

      Plaintiff,

   -against-          25 **CIVIL** 2766 (RA)

                  **JUDGMENT**

ZILLOW GROUP INC.,

      Defendant.

-----------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order of Dismissal dated May 30, 2025, Plaintiff's complaint is hereby

dismissed as frivolous. Accordingly, the case is closed.

**Dated:** New York, New York

  May 30, 2025

             **TAMMI M. HELLWIG**
           _____
              **Clerk of Court**

     **BY:**

           _____
              **Deputy Clerk**