UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                          Plaintiff,

-against-

ZILLOW GROUP.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/30/2025

**ORDER ADJOURNING INITIAL CASE MANAGEMENT TELEPHONE CONFERENCE**

25-CV-2766 (RA) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the Order of Dismissal filed on May 30, 2025 (doc. no 22) the telephonic Initial Case Management Conference currently scheduled for **July 24, 2025** is hereby adjourned *sine die*.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

Dated: May 30, 2025
       New York, New York

                                      SO ORDERED.

*[signature: Katharine H Parker]*

                                      KATHARINE H. PARKER
                                      United States Magistrate Judge